

ORDERED in the Southern District of Florida on July 7, 2014.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 13-34603-LMI |
| | : | |
| HUBERT IZQUIERDO | : | CHAPTER 7 |
| | : | |
| Debtor._____/ | : | |

### ORDER SUSTAINING IN PART
### THE TRUSTEE'S OBJECTION TO CLAIMS [D.E. 33]

THIS CAUSE came before the Court to consider the Trustee's *Objection to Claims* [D.E. 33] and Certification of No Response.  The Court has considered the basis for the objections to the claims, and notes that service of the Objection was properly made upon all parties.  The Court is advised by the Trustee that the Trustee has received a response from the Claimant with respect to Claim #4-1, and that with respect to that claim the matter is otherwise agreed.  The Court is further advised, and refers to the Trustee's Certificate of No Response which has been filed with the Court, that no timely response was received to the Trustee's Objection to Claim with respect to Claim #3-1, and accordingly the Court finds good cause to sustain, in part, the Trustee's objections to that claims.

Accordingly, it is

**ORDERED** as follows:

1. The Trustee's objection to Claim #3-1, held by Asset Acceptance LLC, is **SUSTAINED** and that Claim is stricken and disallowed.

2. The Trustee's Objection to Claim #4-1, held by Asset Acceptance LLC is **SUSTAINED AS AGREED** as follows:   Claim #4-1 is **STRICKEN AND DISALLOWED** and Claim #4-2 shall be **ALLOWED** as a general unsecured claim.

###

Submitted by:

ROBERT A. ANGUEIRA
Chapter 7 Trustee.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail: trustee@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Trustee

(Trustee Robert Angueira is directed to serve copies of this Order upon the Debtor, Debtor's attorney, Trustee, U.S. Trustee and all parties who have requested notice, and to file a Certificate of Service with the Court confirming such service.)